1 | RICHARD R. TERZIAN, State Bar No. 30300
STEPHEN P. PFAHLER, State Bar No. 151220
2 | STACEY R. TURNER, State Bar No. 183985
BANNAN, GREEN, FRANK & TERZIAN LLP
3 | 555 South Flower Street
Suite 2700
4 | Los Angeles, California 90071
Telephone (213) 362-1177
5 | Facsimile  (213) 362-1188

6 | Attorneys for Defendants Banning Unified School District,
Dr. Kathleen McNamara, Manuel Peredia, Kirby Daniel,
7 | and Karen Gill

FILED
CLERK, U S DISTRICT COURT
FEB - 3 2004
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ___
Send ✓
Enter ___
Closed ✓
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLY MASSEY, by and through her next friend AMELIA MASSEY,<br><br>Plaintiff,<br><br>vs.<br><br>BANNING UNIFIED SCHOOL DISTRICT, DR. KATHLEEN McNAMARA, MANUEL PEREDIA, KIRBY DABNEY, and KAREN GILL,<br><br>Defendants. | CASE NO. CV-02-9813 ABC (JWJx)<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER |

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective counsel of record, that the within action may be dismissed with prejudice, each party to bear its own costs and expenses of suit, including attorneys' fees, except that the District Court shall retain

///
///
///
///
///

DOCKETED ON CM
FEB 5 2004
BY _____ 021

1

jurisdiction solely for purposes of enforcing the parties' Settlement Agreement and General Release.

DATED: January 14, 2004

RICHARD R. TERZIAN
STEPHEN P. PFAHLER
STACEY R. TURNER
BANNAN, GREEN, FRANK & TERZIAN LLP

By _____
Stacey R. Turner
Attorneys for Defendants
Banning Unified School District,
Dr. Kathleen McNamara, Manuel Peredia,
Kirby Daniel, and Karen Gill

DATED: January 15, 2004

MARTHA MATTHEWS
ACLU FOUNDATION OF SOUTHERN CALIFORNIA

By _____
Martha Matthews
Attorneys for Plaintiff
Ashly Massey

## ORDER

IT IS SO ORDERED. This action is hereby dismissed with prejudice, with all parties to bear their own expenses, costs and attorneys' fees, except that this Court shall retain jurisdiction solely for purposes of enforcing the parties' Settlement Agreement and General Release.

Dated: February 2, 2004

_____
The Hon. Jeffrey W. Johnson
United States Magistrate Judge